IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:  )
        )
THE NINETEENTH STREET  )
INVESTMENTS, INC.  )  CASE NO.: 11-04549-TBB7
        )  Chapter:  7
   DEBTOR  )

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now creditor Sharon Robertson, individually and as personal representative of the Estate of Timothy Andrew Robertson and files this Motion for Relief from Automatic Stay in the above-entitled Chapter 7 proceeding. As grounds, movant shows as follows:

1. Debtor, The Nineteenth Street Investments, Inc., is a Defendant in three pending state court wrongful death and personal injury actions. Movant Sharon Robertson is the named Plaintiff in one such proceeding. The cases are "Dram Shop" cases arising out of wrongful death and personal injuries suffered in a motor vehicle accident that occurred following the debtor's alleged illegal sale of alcoholic beverages to an under-age driver. Robertson's thirteen year old son was killed in the accident. Two other minors were injured. The cases are:

   <u>Sharon Robertson, individually and as personal representative of the Estate of Timothy Andrew Robertson v. Brittany Caffee, et al.</u>
   In the Circuit Court of Jefferson County, Bessemer Division, Alabama
   CV-2007-000633-ERV

   <u>Susan Green, et al. v. Brittany Caffee, et al.</u>
   In the Circuit Court of Jefferson County, Bessemer Division, Alabama
   CV-2007-000783-ERV

1

<u>Tisha Owens and Bobby Waldrop, as parents and next friend of Michael Waldrop, a minor v. Brittany Caffee, et al.</u>
In the Circuit Court of Jefferson County, Bessemer Division, Alabama
CV-2007-000797

The facts and circumstances of Movant's case are set out in the Fact Summary attached as Exhibit A.

2. The cases have been pending since 2007 and were consolidated for discovery and trial. The trial of the actions was scheduled to begin September 19, 2011, before the Honorable Eugene Verin. The Petition herein was filed on September 9, 2011.

3. Co-defendants in the pending state court cases are: The Nineteenth Street Investments, Inc. (debtor); Ibrahim Sabbah (identified in the bankruptcy petition hereunder as the sole shareholder, officer and director of debtor); and Sabbah Brothers Enterprises, Inc. (Ibrahim Sabbah is also the sole shareholder, officer and director of Sabbah Brothers Enterprises, Inc.).

4. Plaintiffs have alleged in the state court action that Ibrahim Sabbah and Sabbah Brothers Enterprises, Inc. are alter-egos of debtor, The Nineteenth Street Investments, Inc. and are equally responsible for the torts of debtor. The State trial court determined, in its Order of March 24, 2011, that it would try the underlying tort issues against Defendant, The Nineteenth Street Investments, Inc., and, after entry of any judgment, determine whether the alter-ego co-defendants are also liable.

5. Debtor has maintained that it has no insurance coverage for any liquor liability claims made by the Plaintiffs in the underlying action. Upon information and belief, however, a Nationwide liquor liability policy was issued to Co-Defendant Sabbah Brothers Enterprises, Inc., insuring the premises operated by debtor.

6. Debtor lists as assets a contingent claim described as "Right to sue insurance agent for messing up the name on the insurance liability policy." (See line item 21, Schedule B

2

Case 11-04549-TBB7    Doc 15    Filed 09/16/11    Entered 09/16/11 14:26:18    Desc Main
Document      Page 2 of 6

of the Petition filed herein). Debtor also lists "other business insurance policies" as an asset (See line 35, Schedule B). It is presumed that this refers to potential claims under the Nationwide liquor liability policy insuring Sabbah Brothers Enterprises, Inc.

7. Plaintiff believes that potential breach of contract and/or bad faith claims against Nationwide might be additional assets for debtor.

8. The value of the claims in the underlying state court law suits cannot be determined until a judgment is rendered.

9. The state circuit court has been involved in litigation of this action since 2007. That Court is most familiar with the issues and the parties involved, and is the forum best suited to resolve the disputes. Since this Bankruptcy Court has no jurisdiction to try wrongful death or personal injury claims, the state circuit court is the best forum for resolution of these issues.

Wherefore, premises considered, Plaintiff prays that this Court provide relief from the automatic stay entered hereunder and allow the trial to go forward for the purpose of fixing the debtor's contingent liabilities in these underlying cases.

Respectfully Submitted,

/s/ Patrick M. Lavette

Patrick M. Lavette (LAV001)
Attorney for Plaintiff, SHARON ROBERTSON

**OF COUNSEL:**
**DAVENPORT, LAVETTE & CLECKLER, P.C.**
Post Office Box 360186
Birmingham, AL 35236
(205) 988-4038 (Telephone)
(205) 988-3490 (Facsimile)

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2011, I have served a copy of the above and foregoing on counsel for all parties by:

__XXX__   Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

Kori Clement, Esq.
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
1010 Financial Center   Birmingham, AL 35203

Don McKenna, Esq.
HARE, WYNN, NEWELL & NEWTON
The Massey Building
2025 3rd Avenue North
Birmingham, Alabama 35203

Ralph Bohanan, Jr., Esq.
Bohanan & Associates, P.C.
One Perimeter Park South, Suite 315S
Birmingham, AL 35243

Edward D. Tumlin, Esq.
P.O. Box 36683
Birmingham, Alabama 35236

The Nineteenth Street Investments, Inc.
c/o Andrew N. Laplante, Esq.
1604 3rd Avenue North
Bessemer, AL 35020

Andre' M. Toffel, Esq.
Andre' M. Toffel, PC
1929 3rd Avenue North, Suite 4
4th Floor Farley Building
Birmingham, AL 35203

/s/ Phil McDuff
OF COUNSEL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>THE NINETEENTH STREET )<br>INVESTMENTS, INC. )<br>)<br>DEBTOR ) | CASE NO.: 11-04549-TBB7<br>Chapter: 7 |

## FACT SUMMARY FOR MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSURE SECURITY AND LEASHOLD INTERESTS IN CHAPTER 7 AND CHAPTER 13 CASES

Date and Type of Claim: Wrongful death and dram shop claims on behalf of Sharon Robertson, individually, and as personal representative of Timothy Andrew Robertson, deceased, arising out of May 2, 2007, automobile accident pending in <u>Sharon Robertson, individually and as mother of Timothy Andrew Robertson; and as Adminstratrix of the Estate of Timothy Andrew Robertson, a deceased child, v. Brittany Caffee, et al.</u>, Civil Action No.: CV-07-000633, Circuit Court of Jefferson County/Bessemer Division, Alabama. Case filed pre-petition on May 11, 2007.

Liability Insurance: None. A co-defendant in the State Court action, Sabbah Brothers Enterprises, Inc., has a policy with Nationwide. It is believed that The Nineteenth Street Investments, Inc. may have a claim for coverage under this policy, as well as potential errors and omissions claims against Nationwide's agent.

State Court Trial
Counsel for The
Nineteenth Street
Investments, Inc.:

Kori Clement, Esq.
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
1010 Financial Center
Birmingham, AL 35203

1



| | |
|---|---|
| Value of Personal Injury Claim: | The claim is an un-liquidated wrongful death claim. |
| Prior Stay Order(s) Involving Movant: | There are no prior stay orders involving Movant in this or any other case. |

Date: 9/16/2011        Submitted by: _/s/ Patrick Lavette_

Patrick M. Lavette
patlavette@dlclawyers.com
Attorney for Movant
Sharon Robertson

Davenport, Lavette & Cleckler, P.C.
Post Office Box 360186
Birmingham, AL 35236
Phone: (205) 988-4038
Fax: (205) 988-3490

2