| | | |
|---|---|---|
| The Nineteenth Street In<br>PO Box 36661<br>Hoover, AL 35236 | AT&T<br>PO Box 5093<br>Carol Stream, IL 60197 | Curtis Gordon, Atty<br>2105 Third Avenue North<br>Birmingham, AL 35203 |
| Andrew Laplante<br>Andrew Laplante<br>Attorney At Law<br>1604 Third Avenue North<br>Bessemer, Alabama 35020 | Benny Watson, Circuit Cl<br>CV-2007-783<br>1851 Second Ave North<br>Bessemer, AL 35020 | Curtis Gordon, Atty<br>2105 Third Ave North<br>Birmingham, AL 35203 |
| 14th Street BP<br>600 14th Street<br>Bessemer, AL 35020 | Benny Watson, Circuit Cl<br>CV-2007-633<br>1851 Second Ave North<br>Bessemer, AL 35020 | Edward D. Tumlin<br>P.O. Box 36683<br>Birmingham, AL 35236 |
| 19th Str Investment Inc<br>c/o Hare Clemnent & Duck<br>505 20th St N<br>Fin Center Ste 1010<br>Birmingham, AL 35203 | Benny Watson, Circuit Cl<br>CV-2007-797<br>1851 Second Ave North<br>Bessemer, AL 35020 | Elisabeth French, Atty<br>P.O. Box 43651<br>Birmingham, AL 35243 |
| 19th Str Investment Inc<br>c/o Hare Clemnet & Duck<br>505 20th St N<br>Fin Center Ste 1010<br>Birmingham, AL 35203 | Bobby Waldrop as next of<br>friend of Michael Waldro<br>c/o Donald McKenna, Atty<br>2025 3rd Ave N, Ste 800<br>Birmingham, AL 35203 | Golden Jubilee<br>Investment, Inc<br>600 14th Street South<br>Bessemer, AL 35022 |
| Amanda Cushion<br>1306 7th Place<br>Pleasant Grove, AL<br>35127 | Brittany Caffee<br>c/o Ed Tumlin, Atty<br>P.O. Box 36683<br>Birmingham, AL 35236 | Golden Jubiliee Invest<br>c/o Shirin N. Mitha<br>600 14th Street South<br>Bessemer, AL 35022 |
| Amanda Cushion<br>1306 7th Place<br>Pleasant Grove, AL<br>35127 | Brittany Caffee<br>c/o Michael Burroughs, A<br>P.O. Box 1908<br>Tuscaloosa, AL 35403 | Gordon & Latham, Attys<br>2105 Third Avenue North<br>Birmingham, AL 35203 |
| Amanda Cushion<br>1306 7th Place<br>Pleasant Grove, AL 35127 | Brittany Caffee<br>c/o Ralph Gaines, Atty<br>3500 Blue Lake Drive<br>Suite 425<br>Birmingham, AL 35243 | Hare, Clement & Duck, PC<br>505 20th Street North<br>Suite 1010 Financial Ctr<br>Birmingham, AL 35203 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348 | Brittnay Caffee<br>c/o Edward D. Tumlin<br>PO Box 36683<br>Birmingham, AL 35236 | Hare, Clemnent & Duck<br>Financial Center<br>505 20th Street North<br>Suite 1010<br>Birmingham, AL 35003 |
| AT&T<br>208 S.Akard Street<br>Dallas, TX 75202 | Cavalier Communication<br>PO Box 9001111<br>Louisville, KY 40290 | Hare, Wynn, Newell & New<br>800 The Massey Bldg<br>2025 3rd Ave No<br>Birmingham, AL 35203 |

```
Hare, Wynn, Newell & New          Kathleen Garner              Brittany Caffee
Suite 800 The Massey Bld          1306 7th Place               c/o Ralph D. Gaines III
2025 Third Avenue North           Pleasant Grove, AL           3500 Blue Lake Dr
Birmingham, AL 35203              35127                        Ste 425
                                                               Birmringham, AL 35243


Irfan Rajpari                     Kathleen Garner              Sabbah Brothers Enterp
c/o Patrick Lavette               1306 7th Place               c/o Hare, Clement & Duck
3829 Lorna Road                   Pleasant Grove, AL 35127     505 20th St N, Ste 1010
Ste 302                                                        Birmingham, AL 35203
Birmingham, AL 35244


Irfan Rajpari                     Kathleen Garner              Sabbah Brothers Ent Inc
c/o Herman W. Cobb                1306 7th Place               c/o Hare Clement & Duck
PO Box 2047                       Pleasant Grove, AL           505 20th St N
Dothan, AL 36302                  35127                        Fin Center Ste 1010
                                                               Birmingham, AL 35203


Irfan Rajpari                     Lynnn Hare Phillips, ATT     Sabbah Brothers Enterpri
c/o Herman Cobb, Atty             505 North 20th Street        31 19th Street So
P.O. Box 2047                     Suite 1010 Financial Cen     Bessemer, AL 35020
Dothan, AL 36302                  Birmingham, AL 35203


Irfan Rajpari                     Michael Cartee, Atty         Sharon Robertson
c/o Herman W. Cobb, Jr            2210 8th Street, Ste B       c/o Patrick Lavette
PO Box 2047                       Tuscaloosa, AL 35401         3829 Lorna Road
Dothan, AL 36302                                               Ste 302
                                                               Birmingham, AL 35244


Irfan Rajpari                     Paatrick Lavette, Atty       Sharon Robertson
c/o Patrick Lavette               P.O. Box 361086              c/o Patrick Lavette
PO Box 360186                     Birmingham, AL 35236         PO Box 360186
Birmingham, AL 35236                                           Birmingham, AL 35236


Irfan Rajpari                     Patrick Lavette, Atty        State Farm Mutual Auto
c/o Herman W. Cobb                P.O. Box 360186              c/o Staci Cornelius
PO Box 2047                       Birmingham, AL 35236         1400 Park Place Tower
Dothan, AL 36302                                               2001 Park Place No
                                                               Birmingham, AL 35203


Irfan Rajpari                     Ralph Bohanan, Jr.           State Farm Mutual Auto I
d/b/a Package 97                  One Perimeter Park South     100 State Farm Parkway
21352 Hwy 11 North                Suite 315 South              Birmingham, AL 35209
McCalla, AL 35111                 Birmingham, AL 35243


Jennifer Vickery                  Ralph Bohanan, Jr. Atty      State Farm Mutual Auto I
c/o James S. Mcatee               One Perimeter Park South     c/o Mark Hess, Atty
3626 Clairmont Ave S              Suite 315 South              1400 Park Place Tower
Birmingham, AL 35222              Birmingham, AL 35243         2001 Park Place No
                                                               Birmingham, AL 35203


Jennifer Vickery                  Ralph Bohanan, Jr., Atty     Susan Green
c/o Ralph Bohanan Jr              One Perimeter Park South     c/o James S. Mcatee
One Premier Park S                Suite 315 South              3626 Clairmont Ave S
Ste 315 S                         Birmingham, AL 35243         Birmingham, AL 35222
Birmingham, AL 35243
```

```
Susan Green
c/o Ralph Bohanan Jr
One Premier Park S
Ste 315 S
Birmingham, AL 35243

Tammy Hardin
c/o Ed Tumlin, Atty
PO Box 36683
Birmingham, AL 35236


Tammy Hardin
4292 Guys Court
Bessemer, AL 35020



Tisha Owens as next of
friend of Michael Waldro
c/o Donald McKenna, Atty
2025 3rd Ave N, Ste 800
Birmingham, AL 35203
```