IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THE NINETEENTH STREET | ) |
| INVESTMENTS, INC. | ) CASE NO.: 11-04549-TBB7 |
| | ) Chapter: 7 |
| DEBTOR | ) |

## FACT SUMMARY FOR MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSURE SECURITY AND LEASHOLD INTERESTS IN CHAPTER 7 AND CHAPTER 13 CASES

| | |
|---|---|
| Date and Type of Claim: | Wrongful death and dram shop claims on behalf of Sharon Robertson, individually, and as personal representative of Timothy Andrew Robertson, deceased, arising out of May 2, 2007, automobile accident pending in <u>Sharon Robertson, individually and as mother of Timothy Andrew Robertson; and as Adminstratrix of the Estate of Timothy Andrew Robertson, a deceased child, v. Brittany Caffee, et al.</u>, Civil Action No.: CV-07-000633, Circuit Court of Jefferson County/Bessemer Division, Alabama. Case filed pre-petition on May 11, 2007. |
| Liability Insurance: | None. A co-defendant in the State Court action, Sabbah Brothers Enterprises, Inc., has a policy with Nationwide. It is believed that The Nineteenth Street Investments, Inc. may have a claim for coverage under this policy, as well as potential errors and omissions claims against Nationwide's agent. |
| State Court Trial Counsel for The Nineteenth Street Investments, Inc.: | Kori Clement, Esq.<br>HARE, CLEMENT & DUCK, P.C.<br>505 20th Street North<br>1010 Financial Center<br>Birmingham, AL 35203 |

1

| | |
|---|---|
| Value of Personal Injury Claim: | The claim is an un-liquidated wrongful death claim. |
| Prior Stay Order(s) Involving Movant: | There are no prior stay orders involving Movant in this or any other case. |

Date:_____  Submitted by: _____
Patrick M. Lavette
patlavette@dlclawyers.com
Attorney for Movant
Sharon Robertson

Davenport, Lavette & Cleckler, P.C.
Post Office Box 360186
Birmingham, AL  35236
Phone:  (205) 988-4038
Fax:      (205) 988-3490

2