# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

The Nineteenth Street Investments, Inc   }   **Case No: 11-04549-TBB7**
                                                      }
     DEBTOR(S).                      }
                                                      }
                                                      }

## ORDER GRANTING

This matter came before the Court on Tuesday, October 11, 2011 10:00 AM, for a hearing on the following:

    RE: Doc #15; Final Hearing on Motion for Relief from Stay filed by Sharon Robertson

Proper notice of the hearing was given and appearances were made by the following:

    Andre' M Toffel (Trustee)
    Andrew N Laplante, attorney for Debtor
    Patrick M. Lavette, attorney for Sharon Robertson

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the motion for relief from stay filed by Sharon Robertson is GRANTED, with any recovery limitied to being against this Bankruptcy Estate.

Dated: 10/27/2011                                                /s/ THOMAS BENNETT
                                                                                  THOMAS BENNETT
                                                                                   United States Bankruptcy Judge