UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
THE NINTEENTH STREET ) CASE NO. 11-04549-TBB-7
INVESTMENTS, INC. )
)
DEBTOR(S) )

### NO OBJECTION BY TRUSTEE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MICHAEL WALDROP

COMES NOW the Trustee, Andre' M. Toffel, and hereby states that he does not object to the granting of Relief From the Automatic Stay requested in the Motion filed by Michael Waldrop, such that an Order is entered by this Honorable Court consistent with the Order entered in proceeding number 28 based on a Motion For Relief from Stay previously filed.

Dated this the 8th of November, 2011

Respectfully submitted,

/s/ Andre' M. Toffel, as Trustee
Andre' M. Toffel, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Statement of No Objection in the above-listed case has been served on the the parties requesting notice by electronic mail this the 8th day of November, 2011.

/s/ Andre' M. Toffel
Of Counsel