# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | | |
| The Nineteenth Street Investments, Inc } | **Case No: 11-04549-TBB7** | |
| } | | |
| DEBTOR(S). } | | |
| } | | |
| } | | |

## COURTROOM DEPUTY NOTES

**Matter(s):** RE: Doc #29; Final Hearing on Motion for Relief from Stay filed by Michael Waldrop

**Date and Time:** Tuesday, December 13, 2011 10:00 AM

**Appearances:** Andrew N Laplante, attorney for Debtor
Don McKenna, attorney for Michael Waldrop

**Courtroom Deputy:** Andrea Smith

**Presiding Judge:** THOMAS BENNETT

**Court Notes:** Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the motion is due to be granted. D. McKenna to submit a proposed order.

Date Prepared:12/16/2011