IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE NINETEENTH STREET | ) | |
| INVESTMENTS, INC. | ) | CASE NO.: 11-04549-TBB7 |
| | ) | Chapter:    7 |
|    DEBTOR | ) | |

**[PROPOSED] ORDER GRANTING**

This matter came before the Court on Tuesday, December 13, 2011 10:00 AM, for a hearing on the following:

  RE:  Doc #29; Final Hearing on Motion for Relief from Stay filed by Michael Waldrop.

Proper notice of the hearing was given and appearances were made by the following:

  André M. Toffel (Trustee)
  Don McKenna, attorney for Michael Waldrop

**It is therefore ORDERED ADJUDGED and DECREED that:**

  Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the motion for relief from stay filed by Michael Waldrop is GRANTED, with any recovery limited to being against any applicable insurance coverage.

**Dated:  January 30, 2012**

                    /s/  Thomas B. Bennett
                    Thomas B. Bennett
                    U.S. Bankruptcy Judge

Date:  01/24/2012            /s/Don McKenna

Date:  01/24/2012            /s/André M. Toffel (Trustee)