# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

The Nineteenth Street Investments, Inc }  **Case No: 11-04549-TBB7**
}
DEBTOR(S). }
}
}

## ORDER

This matter came before the Court on Tuesday, July 10, 2012 10:30 AM, for a hearing on the following:

1) RE: Doc #45; Motion for Relief from Stay filed by Ralph Bohanan, Jr., Attorney for Susan Green

2) RE: Doc #54; Debtor's Opposition to the Motion for Relief from Stay filed by Kori L. Clement

Proper notice of the hearing was given and appearances were made by the following:

Andrew N Laplante, attorney for Debtor

Ralph Bohanan, Jr., attorney for Susan Green

Stephanie Schmidt for Kori L. Clement, attorney for the Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on the arguments of counsel and the pleadings, the Debtor's Opposition is OVERRULED and the Motion for Relief from Stay filed by Susan Green is GRANTED, with any recovery limited to being against this Bankruptcy Estate.

Dated: 07/13/2012

/s/ BENJAMIN COHEN
BENJAMIN COHEN
United States Bankruptcy Judge