UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE NINETEENTH STREET | ) | |
| INVESTMENTS, INC. | ) | CASE #11-04549-TBB-7 |
| | ) | |
| DEBTOR(S) | ) | |

STATEMENT OF NO OBJECTION

COMES NOW André M. Toffel, Trustee in the above case, and states that he has no objection to the relief requested by Tammy Hardin, individually and as Next Friend of Brittany Caffee (Proceeding 62).

Dated this the 13th day of September, 2012.

Respectfully submitted,

\_\_\_/s/ Andre' M. Toffel, Trustee_____
Andre' M. Toffel, Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Statement of No Objection in the above-listed case has been served on the following electronically or first class mail postage prepaid on this the 13th day of June, 2012.

| | |
|---|---|
| The Nineteenth Street Investments, Inc<br>aka Liberty 150 Convenience Store,<br>aka 14th Street BP<br>600 14th Street South<br>Bessemer, AL 35020 | Andrew N Laplante, Esq.<br>1604 3rd Ave N<br>Bessemer, AL 35020 |
| Edward D. Tumlin, Esq.<br>1821 3rd Ave n<br>Bessemer, AL 35020 | Bankruptcy Administrators Office<br>505 North 20th Street- 3rd Floor<br>Birmingham, AL 35203 |

\_\_\_\_\_/s/ Andre' M. Toffel_____
Of Counsel