UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA-SOUTHERN DIVISION

**In the Matter of:**

The Nineteenth
Street Investments, Inc.            **Case No:11-04549-TBB7**
}
**DEBTOR(S).**                                        }
}
}

ORDER GRANTING

This matter came before the Court on Tuesday, October 2, 2012 9:00AM, for a hearing on the following:

> RE: Doc #69 ; Final Hearing on Amended Motion for Relief from Stay filed by Tammy Hardin Proper notice of the hearing was given and appearances were made by the following:
>
> Andre'M Toffel (Trustee)
> Andrew N Laplante, attorney for Debtor
> Edward D. Tumlin, attorney for Tammy Hardin

**It is therefore ORDERED ADJUDGED and DECREED that:**

    Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the motion for relief from stay filed by Tammy Hardin is GRANTED, with any recovery limited to insurance, if any.

**Dated: October 17, 2012**

                                       **/s/ Thomas B. Bennett**
                                       **Thomas B. Bennett**
                                       **U.S. Bankruptcy Judge**

                 Prepared By: Edward D. Tumlin
                            Attorney For Tammy Hardin
                Consented By: Andrew N. Laplante
                            Attorney for Debtor
                            Andre' M. Toffel
                            Trustee For Estate